```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        EASTERN DIVISION


ADAM EUGENE MARTIN                                        PETITIONER


vs.              Civil Case No. 2:08CV00027 HLJ


T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                               RESPONDENT
```

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 17th day of April, 2008.


_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE